**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

K.L.C.,                                            :
                                                   :
              Plaintiff,                           :
                                                   :
v.                                                 :         Case No. 1:25-cv-162-LAG-ALS
                                                   :
Commissioner of Social Security,                   :
                                                   :
              Defendant.                           :
_____

**REPORT AND RECOMMENDATION**

Pending before the Court is the Commissioner's Motion for Reversal and to Remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 10). The Commissioner moves the Court for entry of judgment with a reversal and remand of the cause to the Commissioner. *Id.* In his Motion, the Commissioner states that upon remand the Commissioner will offer Plaintiff the opportunity for a new hearing and issuance of a new decision. *Id.* The Commissioner asserts that he attempted to contact Plaintiff's counsel regarding the Commissioner's Motion, but that counsel for Plaintiff did not respond to the Commissioner's inquiries. *Id.* The time to respond to the Commissioner's Motion passed without any response from Plaintiff.

Having considered the Commissioner's Motion, the grounds asserted in support thereof, it is **RECOMMENDED** that the Commissioner's Motion for Reversal and to Remand (Doc. 10) be **GRANTED**, that the decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and that this case be **REMANDED** to the Commissioner of Social Security for further action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation, or seek an extension of time to file objections, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof. The district judge shall make a de novo determination as to those portions of this Recommendation to which objection is made; all other portions of this Recommendation may be reviewed by the district judge for clear error. Any objection is limited in length to TWENTY (20) PAGES. *See* M.D. Ga. L.R. 7.4.

The parties are hereby notified that, pursuant to Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."

**SO RECOMMENDED**, this 15th day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2