**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| K.L.M., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-162 (LAG) |
| | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is the Magistrate Judge's Report & Recommendation (Doc. 11), dated April 15, 2026. The Magistrate Judge recommends the Court grant the Commissioner's Motion for Entry of Judgment with Reversal and Remand of the cause to the Commissioner for further action. (Docs. 10, 11 at 1). The Commissioner states that upon remand, an administrative law judge "will offer the claimant an opportunity for a supplemental hearing and issue a new decision." (Doc. 10 at 1). The Commissioner further asks the Court to specify in its order that the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g), and to direct the Clerk to enter a judgment in accordance with Federal Rule of Civil Procedure 58. (*Id*.; Doc. 11 at 1). The Magistrate Judge's recommendation triggered the fourteen-day period provided under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) for the parties to file written objections. None of the parties filed objections during the fourteen-day period.

Upon full review and consideration of the record, the Court finds that the Report & Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for the reason of the findings made and reasons stated therein. Accordingly, the Commissioner's Motion (Doc. 10) is **GRANTED**. The final decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to allow the Commissioner to proceed through the relevant steps of the

sequential evaluation process, hold a supplemental hearing, and take any further action necessary to complete the administrative record.

**SO ORDERED**, this 15th day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2